UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TORO,<br><br>       Plaintiff,<br><br>   v.<br><br>ARTIZAN COFFEE COMPANY.,<br><br>       Defendant. | 24-CV-2253 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  This case has been assigned to me for all purposes.  It is hereby:

  ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

  IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED

Dated: March 28, 2024
    New York, New York

                           _____
                            Hon. Ronnie Abrams
                            United States District Judge