UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TORO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARTIZAN COFFEE COMPANY,<br><br>　　　　　　　Defendant. | 24-CV-2253 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　On March 28, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

　　The parties shall submit their joint letter no later than May 28, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: 　　May 22, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge