# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

October 10, 2024

<u>VIA ECF</u>
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Case 1:24-cv-02253-RA - *Toro v. Artizan Coffee Company*
              <u>Plaintiff's Letter Motion for Extension of Time to Submit Opposition Papers to Defendant's Motion to Dismiss (with Consent)</u>

Dear Judge Ronnie Abrams:

     Plaintiff respectfully submits this letter-motion to request an extension of time to file opposition papers to Defendant's Motion to Dismiss. The current deadline is October 17, 2024, however, Plaintiff's counsel is still in the process of gathering the necessary information needed to prepare the opposition papers.

     As such, Plaintiff requests the Court to grant Plaintiff a thirty-day extension of time from October 17, 2024, up until November 15, 2024 to file the opposition papers to Defendant's Motion to Dismiss. This is the first time this relief is being requested and upon the consent of the Defendant. We thank Your Honor for the attention and consideration herein.

                                                       Respectfully submitted,

                                                         */s/ Mars Khaimov*
Cc: all Counsel of record on ECF                Attorneys for Plaintiff

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
October 11, 2024

