UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO, on behalf of himself and all others similarly situated, | |
| Plaintiff, | No. 24-cv-2253 (RA) |
| v. | ORDER |
| ARTIZAN COFFEE COMPANY, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On September 17, 2025, the Court issued an opinion denying Defendant's motion to dismiss. No later than September 26, 2025, the parties shall file a joint letter proposing next steps in this matter along with a proposed case management plan. The parties' letter shall explain whether they anticipate the need for further discovery, whether either party anticipates filing a motion for summary judgment and whether the parties intend to explore settlement. If the parties wish to explore settlement, they shall also state whether they would like the Court to make a referral to Magistrate Judge Tarnofsky for a settlement conference or to the Court-annexed mediation program.

SO ORDERED.

Dated:   September 17, 2025
         New York, New York

Ronnie Abrams
United States District Judge